# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIONA HARVEY<br><br>Plaintiff(s),<br><br>v.<br><br>NETFLIX INC, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:24−cv−04743<br><br><br>**NOTICE OF CASE TERMINATION** |

    In response to the opening of this case, the Clerk issued a Notice to Filer of Deficiencies in Attorney Case Opening.  The Notice indicated that unless counsel corrected the identified discrepancy within two business days, the docket for this case number would be closed and no further filings would be permitted under this case number.  Counsel has not corrected the discrepancy.  Accordingly, this case is now closed.  No further filings may be made under this case number, except, if applicable, to request a refund of fees using a Form G−124, Application for Refund of Fees.  Should you wish to pursue this action, a new case must be filed and a new case number issued.

Clerk, U.S. District Court

 June 13, 2024   
      Date

By:  /s/ *Estrella Liberato*   
      Deputy Clerk